IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL R. BOEHM,

    Plaintiff,                  JUDGMENT IN A CIVIL CASE

v.                               Case No. 14-cv-178-wmc

SANDRA La-Du IVES and
WILLIAM DEUADRY,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

| /s/ | 4/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |